UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD BEARDSLEY, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>FLEETBOSTON FINANCIAL<br>CORPORATION, *et al.*,<br><br>  Defendants. | CIVIL ACTION<br>NO. 04-10978 (PBS) |

FILED
IN CLERKS OFFICE

2004 JUN 18  P 2: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Please enter the appearance of Ira K. Gross and Colby Bruno of Sullivan & Worcester LLP for Defendants, Margaret Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven N. Kaplan, David C. Kleinman, Allan B. Muchin, Robert E. Nason, John A. Wing, Charles P. McQuaid, and Ralph Wanger, in the above matter.

Dated: June 18, 2004

Respectfully submitted,

Ira K. Gross (BBO #212720)
Colby Bruno (BBO #655215)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

{B0302547; 1}

## CERTIFICATE OF SERVICE

The undersigned, an attorney with the law firm of Sullivan & Worcester LLP, hereby certifies that as of this date a true copy of the Notice of Appearance was served upon each of the persons named on the attached Service List by mail.

June 18, 2004

_____
Colby Bruno

{B0302547; 1}

## SERVICE LIST

Christopher S. Hinton, Esq.
Wolf, Haldentein, Adler, Freeman
  & Herz LLP
270 Madison Avenue
New York, NY  10016

Daniel Krasner, Esq.
Wolf, Haldentein, Adler, Freeman
  & Herz LLP
270 Madison Avenue
New York, NY  10016

Demet Basar, Esq.
Wolf, Haldentein, Adler, Freeman
  & Herz LLP
270 Madison Avenue
New York, NY  10016

Lauren Antonino, Esq.
Chitwood & Harley
2900 Promenade II
1230 Peachtree Suite NE
Atlanta, GA  30309

Mark C. Rifkin, Esq.
Wolf, Haldentein, Adler, Freeman
  & Herz LLP
270 Madison Avenue
New York, NY  10016

Martin D. Chitwood, Esq.
Chitwood & Harley
2900 Promenade II
1230 Peachtree Suite NE
Atlanta, GA  30309

Robert D. Hillman, Esq.
Deutsch, Williams, Brooks,
  DeRensis, Holland & Drachman
99 Summer Street, 13th Floor
Boston, MA  02110-1213

Steven J. Brooks, Esq.
Deutsch Williams Brooks
  DeRensis & Holland, P.C.
99 Summer Street
Boston, MA  02110

{B0302547; 1}