# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 30, 2004

Honorable J. Frederick Motz
U.S. District Judge
510 Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Honorable Andre M. Davis
United States District Judge
5B Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Honorable Frederick P. Stamp, Jr.
United States District Judge
Post Office Box 791
Wheeling, WV 26003-0110

Honorable Catherine C. Blake
United States District Court
7310 Edward A. Garmatz
Federal Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2600

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule CTO-7)

Dear Judges:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Deputy Clerk

cc:   (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-7)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 272 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, 310 F.Supp.2d 1359 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-7 - TAG ALONG ACTIONS
# DOCKET NO. 1586
# IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT DIV. C. A.#

**DELAWARE**
DE   1   04-188         Cynthia L. Essenmacher, etc. v. Invesco Fund Groups, Inc., et al.

**MASSACHUSETTS**
MA   1   04-10852       Leon Brazin, etc. v. John A. Hill, et al.
MA   1   04-10853       Peter Kavaler, etc. v. John A. Hill, et al.
MA   1   04-10978       Harold Beardsley, et al. v. FleetBoston Financial Corp., et al.

*[handwritten annotation: "clears our cases"]*

**NEW YORK SOUTHERN**
NYS   1   04-444        Aurora Henao, etc. v. Marsh & McLennan Companies, Inc., et al.
NYS   1   04-629        Barry J. Feinburg, et al. v. Security Brokerage, Inc., et al.
NYS   1   04-666        MFS Fund Distributors, Inc., et al. v. Daniel G. Calugar, et al.
NYS   1   04-1879       R.L. Simmonds, et al. v. Columbia Acorn Fund, et al.
NYS   1   04-2005       Robert Rubin v. Pacific Investment Management Co., LLC
NYS   1   04-2119       Paul Chorne v. Scudder 21st Century Growth Fund, et al.
NYS   1   04-2335       Mildred E. Ruehlman v. Amcap Fund, et al.
NYS   1   04-2475       Ernest Gottdiener, etc. v. John R. Belk, et al.
NYS   1   04-2701       Kim Barkov v. Amcap Fund, et al.
NYS   1   04-2741       Tim Christman v. Canadian Imperial Bank of Commerce, et al.

**PENNSYLVANIA WESTERN**
PAW   2   04-439        Lu Chang, etc. v. Federated Investors, Inc., et al.
PAW   2   04-440        Richard Linnock, etc. v. Federated Investors, Inc., et al.
PAW   2   04-441        Stanley Soto, etc. v. Federated Investors, Inc., et al.

# INVOLVED JUDGES LIST (CTO-7)
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Alvin K. Hellerstein
U.S. District Judge
910 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Lewis A. Kaplan
U.S. District Judge
1310 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Gary L. Lancaster
U.S. District Judge
911 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Jed S. Rakoff
U.S. District Judge
1340 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building, Lockbox 31
844 North King Street
Wilmington, DE 19801-3568

Hon. Patti B. Saris
U.S. District Judge
6130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Shira Ann Scheindlin
U.S. District Judge
1050 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Robert W. Sweet
Senior U.S. District Judge
1920 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002