# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 16, 2004

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule CTO-7)

Dear Ms. Cannon:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule June 30, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
      Deputy Clerk

Attachments

cc:  Transferee Judges:   Judge J. Frederick Motz; Judge Andre M. Davis
                          Judge Frederick P. Stamp, Jr.; Judge Catherine C. Blake
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-7)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 272 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, 310 F.Supp.2d 1359 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 16 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-7 - TAG ALONG ACTIONS
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT DIV. C. A.#

**DELAWARE**
DE    1  04-188          Cynthia L. Essenmacher, etc. v. Invesco Fund Groups, Inc., et al.

**MASSACHUSETTS**
MA    1  04-10852        Leon Brazin, etc. v. John A. Hill, et al.
MA    1  04-10853        Peter Kavaler, etc. v. John A. Hill, et al.
MA    1  04-10978        Harold Beardsley, et al. v. FleetBoston Financial Corp., et al.

*close*

**NEW YORK SOUTHERN**
NYS   1  04-444          Aurora Henao, etc. v. Marsh & McLennan Companies, Inc., et al.
NYS   1  04-629          Barry J. Feinburg, et al. v. Security Brokerage, Inc., et al.
NYS   1  04-666          MFS Fund Distributors, Inc., et al. v. Daniel G. Calugar, et al.
NYS   1  04-1879         R.L. Simmonds, et al. v. Columbia Acorn Fund, et al.
NYS   1  04-2005         Robert Rubin v. Pacific Investment Management Co., LLC
NYS   1  04-2119         Paul Chorne v. Scudder 21st Century Growth Fund, et al.
NYS   1  04-2335         Mildred E. Ruehlman v. Amcap Fund, et al.
NYS   1  04-2475         Ernest Gottdiener, etc. v. John R. Belk, et al.
NYS   1  04-2701         Kim Barkov v. Amcap Fund, et al.
NYS   1  04-2741         Tim Christman v. Canadian Imperial Bank of Commerce, et al.

**PENNSYLVANIA WESTERN**
PAW   2  04-439          Lu Chang, etc. v. Federated Investors, Inc., et al.
PAW   2  04-440          Richard Linnock, etc. v. Federated Investors, Inc., et al.
PAW   2  04-441          Stanley Soto, etc. v. Federated Investors, Inc., et al.

## INVOLVED COUNSEL LIST (CTO-7)
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

Lauren S. Antonino
Chitwood & Harley, LLP
2900 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Eric J. Belfi
Rabin, Murray & Frank, LLP
275 Madison Avenue, 34th Floor
New York, NY 10016

Aaron L. Brody
Stull, Stull & Brody
6 East 45th Street
Suite 500
New York, NY 10017

Tzivia Brody
336 Central Park West
Apt # 7C
New York, NY 10025

Peter D. Bull
Bull & Lifshitz, L.L.P.
18 East 41st Street
New York, NY 10017

James R. Carroll
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
31st Floor
Boston, MA 02108

Nadeem Faruqi
Faruqi & Faruqi
320 East 9th Street
3rd Floor
New York, NY 10016

Michael Goldberg
Glancy & Binkow, LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Paul J. Hanly, Jr.
Hanly & Conroy, LLP
415 Madison Avenue
New York, NY 10017

Robert D. Hillman
Deutsch, Williams, Brooks,
DeRensis, et al.
99 Summer Street, 13th Floor
Boston, MA 02110-1213

Christopher S. Hinton
Wolf, Haldenstein, Adler,
Freeman & Herz, L.L.P.
270 Madison Avenue
New York, NY 10016

John B. Isbister
Tydings & Rosenberg
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Patrick A. Klingman
Schatz & Nobel, P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

Peter A. Lagorio
Gilman & Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

David J. Manogue
Specter, Specter, Evans & Manogue, P.C.
Koppers Building, 26th Floor
Pittsburgh, PA 15219

Klari Neuwelt
Law Office of Klari Neuwelt
110 East 59th Street, 29th Floor
New York, NY 10022

Christopher E. Palmer
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, DC 20036-1872

Mark A. Perry
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Andrei V. Rado
Milberg, Weiss, Bershad
 & Schulman, LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Brian J. Robbins
Robbins, Umeda & Fink
1010 Second Avenue, Suite 2360
San Diego, CA 92101

Ronald B. Rubin
Rubin & Rubin
One Church Street, Suite 301
Rockville, MD 20850

Ann E. Schofield
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Mary Frances Torpey
Chimicles & Tikellis
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph H. Weiss
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176

Melvyn I. Weiss
Milberg, Weiss, Bershad
 & Schulman, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

George A. Zelcs
Korein Tillery, LLC
Three First National Plaza
70 West Madison Street, Suite 660
Chicago, IL 60602

# INVOLVED JUDGES LIST (CTO-7)
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Alvin K. Hellerstein
U.S. District Judge
910 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Lewis A. Kaplan
U.S. District Judge
1310 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Gary L. Lancaster
U.S. District Judge
911 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Jed S. Rakoff
U.S. District Judge
1340 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building, Lockbox 31
844 North King Street
Wilmington, DE 19801-3568

Hon. Patti B. Saris
U.S. District Judge
6130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Shira Ann Scheindlin
U.S. District Judge
1050 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Robert W. Sweet
Senior U.S. District Judge
1920 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

**INVOLVED CLERKS LIST (CTO-7)**
**DOCKET NO. 1586**
**IN RE MUTUAL FUNDS INVESTMENT LITIGATION**

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002